IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Weiss,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAB Asset Management,<br><br>　　　　Defendant. | No. CV-09-457-TUC-JMR<br><br>**ORDER** |

　　　The Plaintiff in this action has filed a Motion for Voluntary Dismissal under Rule 4(a)(1) of the Federal Rules (Doc. 8). The Court acknowledges the dismissal.

　　　Accordingly, **IT IS ORDERED**:

　　　Plaintiff's Motion for Voluntary Dismissal (Doc. 8) is **granted**. **This case is dismissed with prejudice.**

　　　**The Clerk is directed to close the case.**

　　　DATED this 21st day of October, 2010.

_____
John M. Roll
Chief United States District Judge